IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ABRAHAM GRANT                                                                                    PETITIONER
ADC #128147

V.                              NO: 4:15CV00057 JLH/JWC

WENDY KELLEY                                                                                     RESPONDENT

**ORDER**

This Court determines that this case should be characterized as a petition for habeas corpus relief. Accordingly, the Clerk is directed to re-designate this case as a petition for habeas corpus. The Clerk is further directed to change the respondent to Arkansas Department of Correction Director Wendy Kelley, the person having custody of Grant. Grant's motions for leave to proceed *in forma pauperis* (docket entries #1 & #3) are GRANTED.

IT IS SO ORDERED this 4th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE