# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ABRAHAM GRANT                                                                                             PETITIONER
ADC #128147

V.                                          NO: 4:15CV00057 JLH

WENDY KELLEY                                                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

1.   Petitioner's petition is DISMISSED WITHOUT PREJUDICE.

2.   All pending motions are DENIED AS MOOT.

3.   The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 26th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE