IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ABRAHAM GRANT                                                                                         PETITIONER
ADC #128147

V.                                              NO: 4:15CV00057 JLH

WENDY KELLEY                                                                                         RESPONDENT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of June, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE